IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:02-CR-241-BO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| CHRISTOPHER M. GRANT ) | |
| ) | |

This Court hereby gives notice to the Defendant, Christopher M. Grant, of its intention to construe his letter filed May 24, 2010 (DE # 23), requesting that this Court remove several prior convictions from Defendant's pre-sentence report, as a Motion to Vacate pursuant to 28 U.S.C. § 2255. The Defendant has 30 days from the filing of this notice to confirm or deny his intent to file a Motion to Vacate pursuant to 28 U.S.C. § 2255. In the event that no such response is received within this time, this Court will presume that the Defendant is not seeking such relief and this matter will be dismissed. In the event that the Defendant notifies this Court of his intent to file a Motion to Vacate pursuant to 28 U.S.C. § 2255, the Clerk of Court is directed to provide the Defendant with the appropriate forms on which to file such a motion.

This Court also hereby warns the Defendant of the effects of filing a motion pursuant to § 2255, and advises him as to the requirements of § 2255. *See Castro v. United States*, 540 U.S. 375 (2003); *see also United States v. Emmanuel*, 288 F.3d 644, 649 (4th Cir. 2002).

SO ORDERED, this ___ day of May, 2010.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE